**FILED**

FEB 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Petitioners, UNITED STATES OF AMERICA and R.O. GREGORY W.
   GILLEN, and Counterclaim Defendants, GREGORY W. GILLEN, et al.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and GREGORY W. GILLEN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>CHARLES V. HOOPER,<br><br>Respondent. | MISC. S-04-0259 GEB/GGH<br><br>**JUDGMENT**<br><br>Taxpayer: Charles V. Hooper |
| CHARLES V. HOOPER,<br><br>Counterclaimant,<br><br>v.<br><br>GREGORY W. GILLEN, et al.,<br><br>Counterclaim Defendants. | |
| UNITED STATES OF AMERICA, and GREGORY W. GILLEN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DIANE HOOPER,<br><br>Respondent. | MISC. S-04-0260 GEB/GGH<br><br>Taxpayer: Diane Hooper |

DIANE HOOPER,

        Counterclaimant,

v.

GREGORY W. GILLEN, et al.,

        Counterclaim Defendants.

JUDGMENT IS HEREBY ENTERED on the Order Approving Magistrate Judge's Findings and Recommendations, Dismissing Counterclaims, and Enforcing I.R.S. Summonses, filed January 31, 2005.

DATED: 2/15, 2006

_____
UNITED STATES DISTRICT JUDGE